IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALAN TROY SIKES ,

    Appellant,

v.

STATE OF FLORIDA ,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4678

_____/

Opinion filed March 1, 2016.

An appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

Nancy A. Daniels, Public Defender, Glen P. Gifford, Assistant Public Defender, for
Appellant.

Pamela Jo Bondi, Attorney General, Thomas H. Duffy, Assistant Attorney General,
for Appellee.

PER CURIAM.

    AFFIRMED.

    RAY, OSTERHAUS, and WINOKUR, JJ., CONCUR.